UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ODIS DAVID SMITH                                CIVIL ACTION

VERSUS                                          NO: 06-1421

WARDEN JIM ROGERS                               SECTION: R(6)

**<u>ORDER AND REASONS</u>**

Before this Court is Odis Smith's petition for habeas corpus pursuant to 28 U.S.C. § 2254. Smith also filed separate, duplicative habeas petitions under Docket Nos. 07-5287 and 07-5567.[1] The Magistrate Judge issued a Report and Recommendation for each of the three petitions. Petitioner opposed only the Report and Recommendation in Docket No. 07-5287.

In Case No. 07-5287, the Court has reviewed *de novo* the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the petitioner's objections thereto, and hereby approves the Magistrate Judge's Report and

---

[1] The Court's Order will be applicable to all three cases — 06-1421, 07-5287, and 07-5567.

Recommendation and adopts it as its opinion.  As neither party has filed any objections to the Magistrate Judge's Reports in Case Nos. 06-1421 and 07-5567, the Court hereby approves each Report and adopts each as its opinion in the respective case.

New Orleans, Louisiana, this 31st day of March, 2009

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE